**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION**

Case No. 08-14098-CIV-GRAHAM

BRIAN SLIMM,

    Plaintiff,

vs.

CARMODY'S OF STUART, INC.

    Defendant.

_____/

**CLOSED
CIVIL
CASE**

## ORDER

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice [D.E. 6].

**THE COURT** has considered the Notice, the pertinent portions of the record, and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED** with without prejudice.  It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED** for administrative purposes and all pending motions are **DENIED**, as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23rd day of June, 2008.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:  Counsel of Record